**SEALED**

FELICE JOHN VITI, Acting United States Attorney (#7007)
MARK E. WOOLF, Assistant United States Attorney (WA #39399)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
AUG 27 '25 AM 11:52

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD CRONIN, a/k/a "Gramps,"<br><br>Defendant. | INDICTMENT<br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (>500 grams)<br><br>Count 2: 21 U.S.C. § 841(a)(1), Possession of Cocaine with Intent to Distribute<br><br>Case: 2:25-cr-00323<br>Assigned To : Sam, David<br>Assign. Date : 8/26/2025 |

The Grand Jury charges:

**COUNT 1**
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about August 5, 2025, in the District of Utah,

TODD CRONIN,

defendant herein, did knowingly and intentionally possess with intent to distribute five

hundred (500) grams or more of a mixture or substance containing a detectable amount of

Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. §
812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. §
841(b)(1)(A).

## COUNT 2
21 U.S.C. § 841(a)(1)
(Possession of Cocaine with Intent to Distribute)

On or about August 5, 2025, in the District of Utah,

TODD CRONIN,

defendant herein, did knowingly and intentionally possess with intent to distribute

Cocaine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in

violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21

U.S.C. § 841, the defendant shall forfeit to the United States of America any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result

of such offenses and any property used, or intended to be used, in any manner or part, to

//

//

//

2

commit, or to facilitate the commission of, the offenses. The property to be forfeited

includes, but is not limited to:

- $5,836 in US Currency

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

_____
MARK E. WOOLF
Assistant United States Attorney

3